UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | )<br>)<br>) |
| Plaintiff(s), | )<br>) Case No. 4:21 CV 422 SRW |
| vs. | )<br>) |
| C&S PROPERTIES, LLC, et al., | )<br>) |
| Defendant(s). | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Motion of Plaintiff Certain Underwriters at Lloyd's, London for Leave to Amend its First Amended Complaint for Declaratory Judgment. ECF No. 23. Defendants C&S Properties, LLC and Donald Cooksey have not filed a response and the time to do so has passed.

On April 30, 2021, Plaintiff filed a First Amended Complaint. ECF No. 10. Paragraphs 14 and 16 of the Amended Complaint allege defendant C&S Properties, LLC has one sole member, Gregory A. Brown, who is citizen of Pennsylvania. *Id.* at 5, 6. Plaintiff asserts it was recently notified that on January 22, 2018, Gregory A. Brown sold defendant C&S Properties, LLC to Daniel Shields. Plaintiff seeks to amend its complaint to substitute the sole member of defendant C&S Properties, LLC and allege he is a citizen of Missouri.

For good cause shown, the Court will grant Plaintiff's request to amend.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Certain Underwriters at Lloyd's, London's Motion for Leave to Amend its First Amended Complaint for Declaratory Judgment is **GRANTED**. [ECF No. 23].

**IT IS FURTHER ORDERED** that the Clerk of the Court shall detach and docket the Second Amended Complaint and exhibits thereto, which were submitted as attachments to Plaintiff's Motion for Leave to Amend.

So Ordered this 6th day of July, 2021.

*/s/ Stephen R. Welby*
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE